UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00068 |
| ) | JUDGE SHARP |
| CHRISTOPHER RAY LEGGS ) | |

**O R D E R**

Pending before the Court is Defendant's SEALED MOTION (Docket No. 63).

The motion is GRANTED and the sentencing hearing scheduled for May 16, 2014, is hereby rescheduled for Monday, June 30, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE