UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00068 |
| ) | JUDGE SHARP |
| CHRISTOPHER RAY LEGGS ) | |

### O R D E R

Pending before the Court is the Government's SEALED MOTION (Docket No. 73).

The motion is GRANTED and the sentencing hearing scheduled for June 30, 2014, is hereby rescheduled for Friday, July 25, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE